UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>LURA MASUNONAGA, et al.,<br><br>Defendants. | No. 2:18-cv-02358-TLN-CKD<br><br>ORDER DENYING REQUEST FOR RECONSIDERATION |

On September 10, 2018, the magistrate judge ordered Plaintiff pay the $400 filing fee for this action within 14 days and stated that failure to pay the fee would result in dismissal of the action. (ECF No. 3.) As the magistrate judge explained, Plaintiff is not permitted to proceed in forma pauperis because he has "struck out" pursuant to 28 U.S.C. § 1915(g), and he does not allege he is under "imminent danger of serious physical injury." (ECF No. 3; 28 U.S.C. § 1915(g).) Plaintiff did not pay the filing fee. On October 2, 2018, the magistrate judge issued findings and recommendations recommending this action be dismissed without prejudice. (ECF No. 9.) This Court adopted these findings on October 31, 2018, and the case was accordingly closed. (ECF No. 19.)

On November 13, 2018, Plaintiff filed two documents titled "Objections to the Court's Ruling" (ECF No. 21), and "Letter . . . regarding violation of federal judges and court clerks"

1

(ECF No. 22).  The Court construes these filings as motions for reconsideration pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

"Under Rule 59(e), a motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999).  The Court has carefully reviewed the entire file, including Plaintiff's requests (ECF Nos. 21, 22).  The Court still finds the findings and recommendations to be supported by the record and by proper analysis.  Simply put, the Rule 59(e) standard is not met here.

For the foregoing reasons, Plaintiff's motions for reconsideration (ECF Nos. 21, 22) are hereby DENIED.  This case is closed.

IT IS SO ORDERED.

Dated: February 6, 2019

Troy L. Nunley
United States District Judge